CORINNE J. LAI #84267
Attorney at Law
520 SW 6th Avenue Suite 825
Portland, Oregon 97204
[503] 226-6945
Email: clai@hevanet.com

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN O'DELL LESSLEY,               )
                                   )
                Petitioner,        )   Case No. 06-265-CL
                                   )
v.                                 )   ORDER TO VOLUNTARY DISMISS
                                   )   PETITION FOR WRIT OF HABEAS
JEAN HALL,                         )   CORPUS
                                   )
                Respondent.        )

This matter having come before the court and the court having been fully advised in all the premises,

IT IS HEREBY ORDERED the Motion to Voluntarily Dismiss Petition for Writ of Habeas Corpus filed by Petitioner, Ryan O. Lessley, is

        ✓   Granted

        ___ Denied

DATED this __17__ day of _April_, 2007.

_____
Judge ~~Mark D. Clarke~~ Owen M. Panner

Prepared by:

Corinne J. Lai, Esq. #84267
Attorney for Petitioner
520 SW 6th Avenue Suite 825
Portland, OR 97204
503-226-6945

Page 1 - ORDER TO VOLUNTARILY DISMISS PETITION FOR WRIT OF HABEAS CORPUS

CORINNE J. LAI, ESQ. #84267
520 SW 6TH AVE SUITE 825
PORTLAND, OREGON 97204
[503] 226-6945